UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                           CASE NO.  3:19cr113/MCR

KENNETH INGRAM

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed.R.Crim.P. 11(c)(3), the plea of guilty of the Defendant, KENNETH INGRAM, to Counts One and Nine of the Indictment is hereby ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 2nd day of December 2020.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**